**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **ODM Truck Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-4501140** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**4724 N. Hubert Ave.**<br>**Tampa, FL 33615**<br>Number, Street, City, State & ZIP Code<br><br>**Hillsborough**<br>County | **Mailing address, if different from principal place of business**<br><br>**9005 W. Flora Street**<br>**Tampa, FL 33615**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**4720 N. Hubert Ave. Tampa, FL 33615**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **odmtruck.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **ODM Truck Inc.**                                                                                      Case number (*if known*)
         Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4110__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **ODM Truck Inc.**                                              Case number (*if known*) _____
         Name

List all cases. If more than 1,
attach a separate list                Debtor _____                              Relationship _____
                                      District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49             ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99            ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199          ☐ 10,001-25,000       ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000            ■ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000            ■ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor **ODM Truck Inc.**     Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 16, 2025**
                MM / DD / YYYY

**X**   **/s/ Yanet Gonzalez Fernandez**       **Yanet Gonzalez Fernandez**
     Signature of authorized representative of debtor       Printed name

Title   **President**

**18. Signature of attorney**

**X**   **/s/ Alberto ("Al") F. Gomez, Jr.**       Date   **July 16, 2025**
     Signature of attorney for debtor       MM / DD / YYYY

**Alberto ("Al") F. Gomez, Jr. 784486**
Printed name

**Johnson, Pope, Bokor,**
Firm name

**Ruppel & Burns, LLP**
**400 N Ashley Dr. #3100**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **813-225-2500**       Email address _____

**784486 FL**
Bar number and State

**United States Bankruptcy Court**
**Middle District of Florida**

In re  **ODM Truck Inc.**
Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 16, 2025**

**/s/ Yanet Gonzalez Fernandez**
**Yanet Gonzalez Fernandez**/**President**
Signer/Title

ODM Truck Inc.
9005 W. Flora Street
Tampa, FL 33615

DLP Funding LLC
447 Broadway 2nd Floor
Unit 805
New York, NY 10013

M2 Equipment Finance
20800 Swenson Drive
Suite 475
Waukesha, WI 53186

Alberto ("Al") F. Gomez, Jr.
Johnson, Pope, Bokor,
 Ruppel & Burns, LLP
400 N Ashley Dr. #3100
Tampa, FL 33602

Dobbs Equipment LLC
4618 Scarborough Dr.
Lutz, FL 33559

Northmill Equipment Finance
601 Merritt 7
Suite 5
Norwalk, CT 06851

Academy Bank, NA
PO Box 26458
Kansas City, MO 64196-9972

Ferman Motor Car Co. Inc.
9751 E. Adamo Dr.
Tampa, FL 33619

Olansy D. Marrero
9005 W. Flora St.
Tampa, FL 33615

Ally Bank
PO Box 380902
Minneapolis, MN 55438

GM Financial
PO Box 650595
Dallas, TX 75265

Olansy Dayn Marrero
9005 W. Flora St.
Tampa, FL 33615

Apple Advance LLC
1047 53rd Street
Brooklyn, NY 11219

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ring Power Corporation
500 World Commerce Pkwy
Saint Augustine, FL 32092

CAT Financial
PO Box 725638
Dallas, TX 75373-5638

John Deere Construction
and Forestry Company
6400 NW 86th St
Johnston, IA 50131

San Martin Hauling Inc.
7107 Kingsbury Circle
Tampa, FL 33610

Caterpillar Financial Svcs
2120 West End Ave.
Nashville, TN 37203

La Caridad Hauling Corp.
7107 Kingsbury Circle
Tampa, FL 33610

Seamless Funding LLC
1608 Ocean Parkway
Suite 2A
Brooklyn, NY 11230

Caterpillar Financial Svcs
c/o Caterpillar Inc.
5205 N. O'Connor Blvd.
Suite 100
Irving, TX 75039

LCF Group, Inc.
3000 Marcus Ave.
Suite 2W15
New Hyde Park, NY 11042

Synovus Bank
1148 Broadway
Columbus, GA 31901

Caterpillar Financial Svcs
PO Box 730681
Dallas, TX 75373

M&G Sunshine Services Inc.
9005 W. Flora Street
Tampa, FL 33615

Trans Lease, Inc.
1400 W. 62nd Ave.
Denver, CO 80221

Trans Lease, Inc.
PO Box 172668
Denver, CO 80217


Truist Bank
214 N. Tryon St.
Charlotte, NC 28202


Wells Fargo Bank, NA
420 Montgomery St.
San Francisco, CA 94163


Y&Y Fresh and Clean LLC
3208 North Lincoln Ave.
Tampa, FL 33607


Yanet Gonzalez
9005 W. Flora St.
Tampa, FL 33615


Yanet Gonzalez Fernandez
9005 W. Flora Street
Tampa, FL 33615


Yanet Gonzalez Fernandez
9005 W. Flora St.
Tampa, FL 33615


YGF Services Corp.
7109 Kingsbury Circle
Tampa, FL 33610